IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Brendt Whitfield )
(full name) (Register No). )
1217940 )
)
) Case No.____________
Plaintiff(s). )
)
)
v. Correctional Officer )
-(John Weber # E0136918) )
)
Mo. DOC Director )
(Full name) (Anne Precythe) )
)
Bonnville Corr Ctr. Warden )
Defendant(s) (Rebecca Ehlers)

Defendants are sued in their (check one):
____ Individual Capacity
____ Official Capacity
✓ Both

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): Southeast Correctional Center

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Brendt Whitfield Register No. 1217940
Address 300 E. Pedro Simmons Dr.
Charleston, Mo 63834

B. Defendant Correctional Officer - John Weber #E0136918
Is employed as Missouri Dept. of Corrections

For additional plaintiffs or defendants, provide above information in same format on a separate page.

See Attached Pages

III. Do your claims involve medical treatment? Yes ✓ No ____

IV. Do you request a jury trial? Yes ✓ No ____

V. Do you request money damages? Yes ✓ No ____

State the amount claimed? $500,000 each def. $ 500,000 (actual/punitive) each defendant

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ____ No ✓

VII. Grievance procedures: Yes (1) Informal Resolution Request (2) Grievance (3) Grievance Appeal

A. Does your institution have an administrative or grievance procedure? Yes ✓ No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ No ____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

See Attached Grievance

D. If you have not filed a grievance, state the reasons.

N/A

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ____ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ✓ No ____

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: Brendt Whitfield ____________________
(Plaintiff) (Defendant)

(2) Date filed: ____________________

Please check Record I don't have this info anymore

Please check Records

eastern dist- (3) Court where filed: ______________________________

(4) Case Number and citation: I no Long have

(5) Basic claim made: ______________________________

(6) Date of disposition: Info

(7) Disposition: ______________________________
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: ______________________________
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

See Attached Pages

B. State briefly your legal theory or cite appropriate authority:

See Attached Pages

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

Relief me the amount of money for damage done by defendant and criminal charge file against C/o John Weber.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. None

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes ✓ No ____

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

Jennifer Snow - 7565 York Dr., #15, 63105-2942
William Goldstein, 230 Bemiston Ave., Ste. 1200, 63105-1912
Scott Rosenblum, 120 S. Central Ave, Ste. 130, 63105
Brown & Brown 1 S. Memorial Dr., Ste 1100 63102

C. Have you previously had a lawyer representing you in a civil action in this court? Yes ____ No ✓

If your answer is "Yes," state the name and address of the lawyer.

N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this June day of 30 2020

[signature]
Signature(s) of Plaintiff(s)

I. The parties to this complaint

B. The defendant(s)

Defendant 1

Name - John Weber - correctional officer 1 # E0136918
Employer - Missouri Dept. of Corrections
Address 1216 E. Morgan St.
Boonville Corr. Ctr.
Boonville, Mo 65233

Sue in Individual + Offical capacity

II. State of claim

On 12/28/19 @ approximately 1:40am at Boonville Correctional center in housing unit 5B I was waken up by COI John Weber flashing his flash light on me. At that point I asked COI John Weber # E0136918 was there an issue due to him standing over me at 1:40am. Which COI John Weber state "Yeah you talk after lights out." At that point an unknown offender in a open bay of approximatley 60 offender yells "Get your bitch ass out of here". I then roll over in my bed to go to sleep. Due to more yelling I sit up in my bed. I hear another offender yell "you can't mace that man he didn't do shit to you."

with my back to COI John weber #E0136918 opposing NO threat. I turned to look behind me at COI John weber #E0136918 to see that I was being maced on my back and the back of my head for no reason. Which is claim #1 of COI John weber violating my 8th amendment to be free from deliberate cruel and unusual punishment by using excessive use of force w/out cause and committing a assault against a prisoner. Once I was maced by COI John weber #E0136918 I then stood up and fell to my Knees which COI John weber once again violated my 8th Amendment by Kicking me twice in the head which caused Knots to form which I suffered sever headaches, a infection to my left eye a blurry vision, depression, stress, anxiety, and suicidal thoughts. The entire incident from 12/28/19 has been captured on Boonville Correctional Center security video footage in housing unit 5B Bay area. COI John weber was obviously malicous, sadistic, excessive and recklessly Objectively his actions should've been Known to be illegal and subjectively his intent was to cause me harm by Kicking me in the head twice while on my Knees can't be justified

Defendant 2

Name - Anne Precythe
Title - Director of Missouri Dept. of Correction
Employer - Missouri Dept. of Corrections
Address - 2729 Plaza Dr
P.O. Box 236
Jefferson City, Mo 65102
573-751-2389

Sued in Individual & Official Capacity

Anne Precythe violated my 14th Amendment rights As a director of Dept. of Corrections she had knowledge of COI John Weber # E0136918 using excessive force she fail to give me Equal Protection Clause

Defendant 3

Name - Rebecca Ehlers
Title - Warden
Employer - Missouri Dept. Of Corrections
Address - 1216 E. Morgan St
Boonville Corr. Ctr.
Boonville, Mo 65233

Sued in Individual & Officail Capacity

Rebecca Ehlers violated my 14th amendment Right as the warden of Boonville correctional Center she had first hand Knowledge of COI John weber E0136918 using excessive force by Kicking me in the head. Which Ms. Rebecca Ehlers review the video footage. Which she violated my due process & equal protect clause.

Also Per Missouri Dept. of Corrections Procedure IS19-1.6 III Page 3 (A) General Information it states "It is also necessary for staff members to ensure that the offender recieves due process throughout the proceedings. Which she fail to do.

At ~~the~~ all times defendant(s) where employed by MO.DOC when this incident occured and acted under the color of state law

28 U.S.C. § 1746

Brendt M. Whitfield #1217940
300 E. Pedro Simmons Dr.
SECC
Charleston, Mo 63834

Mr. Brendt M. Whitfield #1217940
Southeast Corr. Ctr.
300 E. Pedro Simmons Dr.
Charleston, Mo 63834




The U.S. Court
Western District of Miss
400 E. 9th St.
Kansas City, Mo 64106